# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bohm, Carlota M. | U.S. Bankruptcy Court for the Western District of PA | 07/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

54th Floor, US Steet Tower, 600 Grant Street, Pittsburgh PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Income from prior Misc. Bankruptcy /Trustee Related | $22,546.41 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Westinghousre Electric Co.-pension plan - see Part VII - additional information |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ/CLLA | 10/8/2014 - 10/10/2014 | Chicago, IL | Seminar/Program | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jackson National Annuity | A | Dividend | N | T | | | | | |
| 2. Jackson National Annuity | A | Dividend | M | T | | | | | |
| 3. Jackson National Annuity | A | Dividend | M | T | | | | | |
| 4. TSNAX Mutual Fund | A | Dividend | K | T | Buy | 01/09/14 | K | | |
| 5. WHIAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 6. CVFCX Mutual Fund | A | Dividend | K | T | Buy | 01/09/14 | K | | |
| 7. LVOAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 8. LDFVX Mutual Fund | A | Dividend | K | T | Buy | 01/09/14 | K | | |
| 9. ODMAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 10. PSRAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 11. ATIAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 12. HFOAX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 13. NEFZX Mutual Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 14. TSNAX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | D | |
| 15. CVFCX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | C | |
| 16. LVOAX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | C | |
| 17. LDFVX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ODMAX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | J | B | |
| 19. ATIAX Mutual fund | A | Int./Div. | | | Sold | 07/25/14 | K | C | |
| 20. PSRAX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | J | A | |
| 21. HFOAX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | C | |
| 22. NEFZX Mutual Fund | A | Int./Div. | | | Sold | 07/25/14 | K | B | |
| 23. WHIAX MutualFund | A | Int./Div. | | | Sold | 07/25/14 | J | C | |
| 24. CFSIX Mutual Fund (formerly known as TSNAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | K | A | |
| 25. WHIYX Mutual Fund (formerly known as WHIAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | J | A | |
| 26. NEFZX Mutual Fund | | None | | | Redeemed | 08/25/14 | J | A | |
| 27. CVFCX Mutual Fund | | None | | | Redeemed | 08/25/14 | K | A | |
| 28. STRYX Mutual Fund (formerly known as PSRAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | J | A | |
| 29. HFOIX Mutual Fund (formerly known as HFOAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | K | A | |
| 30. LVOFX Mutual Fumd (formerly known as LVOAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | K | A | |
| 31. LAVFX Mutual Fund (formerly known as LDFVX Mutual Fund) | | None | | | Redeemed | 08/25/14 | K | A | |
| 32. ODVYX Mutual Fund (formerly known as ODMAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | J | A | |
| 33. ATIYX Mutual Fund (formerly known as ATIAX Mutual Fund) | | None | | | Redeemed | 08/25/14 | K | A | |
| 34. ODVYX MutalFund | A | Dividend | J | T | Buy | 10/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   NEZYX Mutual Fund | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 36.   JUESX Mutual Fund | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 37.   STRYX Mutual Fund | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 38.   AFOIX Mutual Fund | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 39.   CFSIX Mutual Fund | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 40.   FDSWX Mutual Fund | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 41.   FUNYX Mutual Fund | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 42.   LVOFX Mutual Fund | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 43.   LHYFX Mutual Fund | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 44.   CFSIX Mutual Fund | A | Int./Div. | | | Sold | 12/22/14 | J | C | |
| 45.   CVFYX Mutual Fund (formerly known as CVFCX Mutual Fund) | A | Int./Div. | | | Sold | 12/22/14 | J | B | |
| 46.   ODVYX Mutual Fund | A | Int./Div. | | | Sold | 12/22/14 | J | A | |
| 47.   HFOIX Mutual Fund (formerly known as HFOAX Mutual Fund) | A | Int./Div. | | | Sold | 12/22/14 | J | B | |
| 48.   WHIYX Mutual Fund (formerly known as WHIAX Mutual Fund) | A | Int./Div. | | | Sold | 12/22/14 | J | A | |
| 49.   NEZYX Mutual Fund | A | Int./Div. | | | Sold | 12/22/14 | J | A | |
| 50.   STRYX Mutual Fund | A | Int./Div. | | | Sold | 12/22/14 | J | A | |
| 51.   LVOFX Mutual Fund | A | Int./Div. | | | Sold | 12/22/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ATIYX Mutual Fund (formerly known as ATIAX Mutual Fund) | A | Int./Div. | | | Sold | 12/22/14 | J | B | |
| 53. LAVFX Mutual Fund (formerly known as LDFVX Mutual Fund) | A | Int./Div. | | | Sold | 12/22/14 | J | B | |
| 54. Rental Property-Pgh PA (2011 - pd. $150,000.00) | E | Rent | M | R | | | | | |
| 55. Dollar Bank Account | A | Interest | K | T | | | | | |
| 56. PNC Bank Account | A | Interest | L | T | | | | | |
| 57. Roam Bally IV, LP | A | Interest | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. B - ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬

VII - The changes made on lines 24-25, 28-33, 45, 47-48 and 52-53 were made to reflect the prior name of the mutual funds.
The change made on line 57 was made to include Roam Bally, IV , LP that was accidentially left off of the original report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 07/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlota M. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544